UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR LOPEZ, AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATION, <br><br> Plaintiffs, <br><br> v. <br><br> KAHALA RESTAURANTS, LLC, D/B/A PINKBERRY, <br><br> Defendant. | Case No. 1:19-cv-10077 (AJN) |

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a settlement in principle in this matter. The parties anticipate finalizing settlement documents and filing a stipulation of dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the Court within the next sixty (60) days.  The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Dated:  New York, New York
        June 2, 2020

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.

By: */s/ Erik D. Mass*
    Erik D. Mass, Esq
599 Lexington Avenue, 17th Floor
New York, New York 10022
Telephone:  (212) 492-2517
Email:  erik.mass@ogletree.com

*Attorney for Defendant*
*Kahala Restaurants, LLC, d/b/a*
*Pinkberry*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 2, 2020, I served via the CM/ECF system, a true and correct copy of the foregoing Notice of Settlement, which sent notification of such filing upon all parties registered to receive electronic notice.

*/s/ Erik D. Mass*
Erik D. Mass
